■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER C. NELSON, JR., Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH POWERS, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon

one typewritten copy of the records and five typewritten copies of the briefs. Time to perfect appeal extended 90 days. Motions in all other respects denied.